UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT



GRAND JURY H-17-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:18CR 15 JCH |
| | : | |
| v. | : | VIOLATIONS: |
| | : | |
| RASCELL LEGGETT, a.k.a. "Cell," "Bigs," and "Fat Ass," and TYRELL WALTON | : | 18 U.S.C. § 922(g)(1) (Unlawful Possession of a Firearm and Ammunition by a Felon) |
| | : | |
| | : | 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) (Possession with Intent to Distribute and Distribution of Controlled Substances) |
| | : | |
| | : | 18 U.S.C. § 924(c) (Possession of a Firearm in Furtherance of a Drug Trafficking Crime) |
| | : | |
| | : | 18 U.S.C. § 2 (Aiding and Abetting) |
| | : | |
| | : | 21 U.S.C. § 853 (Criminal Forfeiture) |
| | : | |
| | : | 18 U.S.C. § 924(d) (Criminal Forfeiture) |

INDICTMENT

The Grand Jury charges:

COUNT ONE
(Possession with Intent to Distribute and Distribution of Cocaine Base)

1.     On or about November 20, 2017, in the District of Connecticut, defendants RASCELL LEGGETT, a.k.a. "Cell," "Bigs," and "Fat Ass," and TYRELL WALTON knowingly and intentionally possessed with intent to distribute and distributed a mixture and substance containing a detectable amount of cocaine base ("crack cocaine"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and

1

Title 18, United States Code, Section 2.

## COUNT TWO
(Unlawful Possession of a Firearm and Ammunition by a Felon)

2. On or about December 18, 2017, in the District of Connecticut, defendant RASCELL LEGGETT, a.k.a. "Cell," "Big," and "Fat Ass," having been convicted in the United States District Court for the District of Connecticut and Superior Court of the State of Connecticut of crimes punishable by imprisonment exceeding one year, namely (a) Conspiracy to Possess with Intent to Distribute and Distribution of Marijuana, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D), on or about June 22, 2011; (b) Criminal Possession of a Firearm, in violation of Conn. Gen. Stat. § 53a-217, on or about November 7, 2008; and (c) Sale of Hallucinogen/Narcotics, in violation of Conn. Gen. Stat. § 21a-277(a), on or about August 4, 2006, did knowingly possess in and affecting interstate commerce a firearm and ammunition, to wit, one Ruger, Model 9E, 9 mm semi-automatic pistol, bearing serial number 33716584, thirteen WIN 9 mm rounds and one SIG 9 mm round, all of which had been shipped and transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 922(g) and 924(a)(2).

## COUNT THREE
(Possession with Intent to Distribute and Distribution of Cocaine Base)

3. On or about December 18, 2017, in the District of Connecticut, defendant RASCELL LEGGETT, a.k.a. "Cell," "Bigs," and "Fat Ass," knowingly and intentionally possessed with intent to distribute and distributed a mixture and substance containing a detectable amount of cocaine base ("crack cocaine"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FOUR
(Possession with Intent to Distribute Heroin)

4. On or about December 18, 2017, in the District of Connecticut, defendant RASCELL LEGGETT, a.k.a. "Cell," "Bigs," and "Fat Ass," knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FIVE
(Possession with Intent to Distribute Cocaine Base)

5. On or about December 18, 2017, in the District of Connecticut, defendant RASCELL LEGGETT, a.k.a. "Cell," "Bigs," and "Fat Ass," knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of cocaine base ("crack cocaine"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT SIX
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

6. On or about December 18, 2017, in the District of Connecticut, defendant RASCELL LEGGETT, a.k.a. "Cell," "Bigs," and "Fat Ass," did knowingly possess a firearm, namely, one Ruger, Model 9E, 9 mm semi-automatic pistol, bearing serial number 33716584, in furtherance of a drug trafficking crime for which he may be prosecuted in a Court of the United States, that is, a violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), as charged in Counts Four and Five of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## FORFEITURE ALLEGATION
(Controlled Substance Offenses)

7. Upon conviction of one or more of the controlled substance offenses alleged in Counts One, Three, Four and Five of this Indictment, defendants RASCELL LEGGETT, a.k.a. "Cell," "Bigs," and "Fat Ass," and TYRELL WALTON shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, all right, title, and interest in any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the violations of Title 21, United States Code, Section 841, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the said violations and a sum of money equal to the total amount of proceeds obtained as a result of the offenses. including, but not limited to, the following:

    A)    approximately $655 in United States currency seized from RASCELL LEGGETT on December 18, 2017;

    B)    one Ruger, Model 9E, 9 mm semi-automatic pistol, bearing serial number 33716584;

    C)    thirteen WIN 9 mm rounds; and

    D)    one SIG 9 mm round.

8. If any of the above-described forfeitable property, as a result of any act or omission of the defendants named in this Indictment: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or disposed with, a third person; (c) has been placed beyond the jurisdiction of the United States District Court for the District of Connecticut; (d) has been substantially diminished in value; or (e) has been commingled with other property which

cannot be subdivided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the said defendants up to the value of the above-described forfeitable property.

All in accordance with Title 21, United States Code, Section 853 and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

## FORFEITURE ALLEGATION
(Firearm Offenses)

9. Upon conviction of one or more offenses alleged in Counts Two and Six of this Indictment, defendant RASCELL LEGGETT a.k.a. "Cell," "Bigs," and "Fat Ass," shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including, but not limited to, the following: (a) one Ruger, Model 9E, 9 mm semi-automatic pistol, bearing serial number 33716584; (b) thirteen WIN 9 mm rounds; and C) one SIG 9 mm round, all of which were seized from the defendant RASCELL LEGGETT on December 18, 2017.

A TRUE BILL

_____
FOREPERSON

UNITED STATES OF AMERICA

_____
JOHN H. DURHAM
UNITED STATES ATTORNEY

_____
BRIAN P. LEAMING
ASSISTANT UNITED STATES ATTORNEY